Kenneth D. Freundlich (SBN119806)
FREUNDLICH LAW
16133 Ventura Blvd. Suite 1270
Encino, CA 91436
P: (310) 377-3790
F: (310) 275-5351
E-Mail: ken@freundlichlaw.com

Attorneys for Plaintiffs
Musical Kidz, LLC itself and doing business as Music For Little People (which was erroneously sued as a dissolved California corp.), For Future Generations, Inc. and Leib Ostrow

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YSAYE BARNWELL, an individual; AISHA KAHILL, an individual; CAROL MAILLARD, an individual; NITANJU B. CASSEL, an individual; and LOUISE ROBINSON, an individual, collectively p/k/a/ "SWEET HONEY IN THE ROCK",<br><br>Plaintiffs,<br><br>vs.<br><br>MUSICAL KIDZ, LLC, a California limited liability company; FOR FUTURE GENERATIONS, INC. , a dissolved California corp.; MUSIC FOR LITTLE PEOPLE, a dissolved California corp,; TRUDY CORPORATION, a Connecticut Corp., and LEIB OSTROW, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 10-04119 JCS<br><br>Transferred from Central District Case No. CV10-1614 MMM (JCx)<br><br>**STIPULATION SETTING TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>(L.R. 6-1 (a)) |

1
**STIPULATION RE TIME TO RESPOND TO COMPLAINT**

WHEREAS, on September 7, 2010, the United States District Court for the Central District of California, the Honorable Margaret M. Morrow, granted the motion of Defendants Musical Kidz, LLC, For Future Generations, Inc., Music For Little People, and Leib Ostrow (the "Served Defendants") to transfer the venue of this action to the United States District Court for the Northern District of California; and

WHEREAS, on September 14, 2010, the Complaint in this action was listed as being filed in the United States District Court for the Northern District of California; and

WHEREAS, the parties are engaged in good faith settlement talks to try to resolve all extant issues resulting in a dismissal with prejudice of this entire action; and

WHEREAS, to facilitate settlement, the Served Defendants and Plaintiffs have agreed to extend all of the Served Defendants time to respond to the Complaint until on or before November 8, 2010.

NOW THEREFORE, Plaintiffs and the Served Defendants, by and through their respective counsel of record hereby stipulate and agree as follows:

The Served Defendants time to plead in response to the initial complaint shall be extended so that the Served Defendants' responsive pleading will now be due on or before November 8, 2010.

IT IS SO STIPULATED.

Dated: September 23, 2010          LAW OFFICE OF REGINALD K. BROWN

Reginald K. Brown

_____
_____               By: /x/
                                   Reginald K. Brown
                                   Attorneys for Plaintiffs Ysaye Barnwell,
                                   Aisha Kahill, Hitanju B. Cassel and
                                   Louise Robinson, collectively p/k/a/
                                   "Sweet Honey In The Rock"

Dated: September 23, 2010          FREUNDLICH LAW
                                   Kenneth D. Freundlich


                                   By: *Kenneth D. Freundlich* (signature) :

                                   Kenneth D. Freundlich
                                   Attorneys for Defendants Musical Kidz,
                                   LLC itself and doing business as Music
                                   For Little People (which was erroneously
                                   sued as a dissolved California corp.), For
                                   Future Generations, Inc. and Leib Ostrow

Dated: 10/18/10

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero)*

---

3

**STIPULATION RE TIME TO RESPOND TO COMPLAINT**

## **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 16133 Ventura Blvd. Suite 1270, Encino, CA 91436. On October 4, 2010, I served the within document(s) described as:

STIPULATION RE: TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER

on the interested parties in this action as stated on the attached service list.

☐ (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

☐ (BY PERSONAL SERVICE) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list and delivering it personally to the addresses listed on the attached service list.

☐ (BY FAX) By transmitting a true copy of the foregoing document(s) via facsimile transmission from this firm's facsimile machine, to each interested party at the facsimile machine telephone number(s) set forth on the attached mailing list. Said transmission(s) were completed on the aforesaid date at the time stated on the transmission record issued by this firm's sending facsimile machine. Each such transmission was reported as complete and without error and a transmission report was properly issued by this firm's sending facsimile machine for each interested party served. A true copy of each transmission report is attached to the office copy of this proof of service and will be provided upon request.

☒ (BY E-MAIL) By transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth on the attached mailing list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 4, 2010, at Beverly Hills, California.

| Kenneth D. Freundlich | /s/ |
|---|---|
| (Type or print name) | (Signature) |

4
**STIPULATION RE TIME TO RESPOND TO COMPLAINT**

## SERVICE LIST

**Reginald K. Brown**
Law Office of Reginald K. Brown
6080 Center Drive, 6th Floor
Los Angeles, CA 90045
Telephone: (310) 242-6694
Facsimile: (310) 388-3097
E-Mail: reggielaw@earthlink.net

**STIPULATION RE TIME TO RESPOND TO COMPLAINT**