1  Kenneth D. Freundlich (SBN119806)
   FREUNDLICH LAW
2  16133 Ventura Blvd. Suite 1270
   Encino, CA  91436
3  P: (310) 377-3790
   F: (310) 275-5351
4  E-Mail: ken@freundlichlaw.com

5  Attorneys for Plaintiffs
   Musical Kidz, LLC itself and doing business as Music For Little People (which was
6  erroneously sued as a dissolved California corp.), For Future Generations, Inc. and Leib
   Ostrow
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| YSAYE BARNWELL, an individual; AISHA KAHILL, an individual; CAROL MAILLARD, an individual; NITANJU B. CASSEL, an individual; and LOUISE ROBINSON, an individual, collectively p/k/a/ "SWEET HONEY IN THE ROCK", <br><br>Plaintiffs, <br><br>vs. <br><br>MUSICAL KIDZ, LLC, a California limited liability company; FOR FUTURE GENERATIONS, INC. , a dissolved California corp.; MUSIC FOR LITTLE PEOPLE, a dissolved California corp,; TRUDY CORPORATION, a Connecticut Corp., and LEIB OSTROW, an individual; and DOES 1 through 50, inclusive, <br><br>Defendants. | Case No. C 10-04119 JCS <br><br>Transferred from Central District Case No. CV10-1614 MMM (JCx) <br><br><br>**STIPULATION  SETTING TIME TO RESPOND TO INITIAL COMPLAINT** <br><br>(L.R. 6-1 (a)) |

---

1

**SECOND STIPULATION RE TIME TO RESPOND TO COMPLAINT**

WHEREAS, on September 7, 2010, the United States District Court for the Central District of California, the Honorable Margaret M. Morrow, granted the motion of Defendants Musical Kidz, LLC, For Future Generations, Inc., Music For Little People, and Leib Ostrow (the "Served Defendants") to transfer the venue of this action to the United States District Court for the Northern District of California; and

WHEREAS, on September 14, 2010, the Complaint in this action was listed as being filed in the United States District Court for the Northern District of California; and

WHEREAS, the parties are engaged in good faith settlement talks to try to resolve all extant issues resulting in a dismissal with prejudice of this entire action; and

WHEREAS, the parties have an agreement to settle this matter in principle and have exchanged a draft settlement agreement and are hopeful that this matter will be completely resolved in short order (there have been delays because of the number of parties and the diffuse location of these parties);

WHEREAS, this Court has set the last day to file the Rule 26 (f) Report in this case for December 31, 2010 and the Initial Case Management Conference for January 7, 2011. Therefore, according to Local rule 6-1 the parties may stipulate without Court order to this extension; and

WHEREAS, to facilitate settlement, the Served Defendants and Plaintiffs have agreed to extend all of the Served Defendants time to respond to the Complaint until on or before December 15, 2010.

NOW THEREFORE, Plaintiffs and the Served Defendants, by and through their respective counsel of record hereby stipulate and agree as follows:

| | | |
|---|---|---|
| 1 | The Served Defendants time to plead in response to the initial complaint shall be | |
| 2 | extended so that the Served Defendants' responsive pleading will now be due on or before | |
| 3 | December 15, 2010. | |
| 4 | IT IS SO STIPULATED. | |
| 5 | Dated: November 4, 2010 | LAW OFFICE OF REGINALD K. BROWN |
| 6 | | Reginald K. Brown |
| 8 | _____ | By: /s/ |
| 9 | | Reginald K. Brown<br>Attorneys for Plaintiffs Ysaye Barnwell, |
| 10 | | Aisha Kahill, Hitanju B. Cassel and<br>Louise Robinson, collectively p/k/a/ |
| 11 | | "Sweet Honey In The Rock" |
| 12 | Dated: November 4, 2010 | FREUNDLICH LAW<br>Kenneth D. Freundlich |
| 14 | Dated: Nov. 10, 2010 | By: /signature/ |
| 16 | | Kenneth D. Freundlich<br>Attorneys for Defendants Musical Kidz, |
| 17 | | LLC itself and doing business as Music<br>For Little People (which was erroneously |
| 18 | | sued as a dissolved California corp.), For<br>Future Generations, Inc. and Leib Ostrow |

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero)

I e-mailed Reginald K. Brown, Esq. on November 4, 2010 and e-mailed me back instructing me to affix his name with "/x/" on this document to indicate his agreement with the foregoing.

| | | |
|---|---|---|
| 22 | Dated: November 4, 2010 | FREUNDLICH LAW<br>Kenneth D. Freundlich |
| 25 | | By: /signature/ |
| 26 | | Kenneth D. Freundlich<br>Attorneys for Defendants Musical Kidz, |
| 27 | | LLC itself and doing business as Music<br>For Little People (which was erroneously |
| 28 | | sued as a dissolved California corp.), For<br>Future Generations, Inc. and Leib Ostrow |

3

**SECOND STIPULATION RE TIME TO RESPOND TO COMPLAINT**

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 16133 Ventura Blvd. Suite 1270, Encino, CA 91436. On November 4, 2010, I served the within document(s) described as:

SECOND STIPULATION RE: TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER

on the interested parties in this action as stated on the attached service list.

☐ (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

☐ (BY PERSONAL SERVICE) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list and delivering it personally to the addresses listed on the attached service list.

☐ (BY FAX) By transmitting a true copy of the foregoing document(s) via facsimile transmission from this firm's facsimile machine, to each interested party at the facsimile machine telephone number(s) set forth on the attached mailing list. Said transmission(s) were completed on the aforesaid date at the time stated on the transmission record issued by this firm's sending facsimile machine. Each such transmission was reported as complete and without error and a transmission report was properly issued by this firm's sending facsimile machine for each interested party served. A true copy of each transmission report is attached to the office copy of this proof of service and will be provided upon request.

☒ (BY E-MAIL) By transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth on the attached mailing list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 4, 2010, at Beverly Hills, California.

| Kenneth D. Freundlich | /s/ |
|---|---|
| (Type or print name) | (Signature) |

1 **SERVICE LIST**

2 **Reginald K. Brown**
3 Law Office of Reginald K. Brown
6080 Center Drive, 6th Floor
4 Los Angeles, CA 90045
Telephone: (310) 242-6694
5 Facsimile: (310) 388-3097
E-Mail: reggielaw@earthlink.net
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SECOND STIPULATION RE TIME TO RESPOND TO COMPLAINT**