Kenneth D. Freundlich (SBN119806)
FREUNDLICH LAW
16133 Ventura Blvd. Suite 1270
Encino, CA 91436
P: (310) 377-3790
F: (310) 275-5351
E-Mail: ken@freundlichlaw.com

Attorneys for Plaintiffs
Musical Kidz, LLC itself and doing business as Music For Little People (which was erroneously sued as a dissolved California corp.), For Future Generations, Inc. and Leib Ostrow

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YSAYE BARNWELL, an individual; AISHA KAHILL, an individual; CAROL MAILLARD, an individual; NITANJU B. CASSEL, an individual; and LOUISE ROBINSON, an individual, collectively p/k/a/ "SWEET HONEY IN THE ROCK", <br><br>Plaintiffs, <br><br>vs. <br><br>MUSICAL KIDZ, LLC, a California limited liability company; FOR FUTURE GENERATIONS, INC., a dissolved California corp.; MUSIC FOR LITTLE PEOPLE, a dissolved California corp.; TRUDY CORPORATION, a Connecticut Corp., and LEIB OSTROW, an individual; and DOES 1 through 50, inclusive, <br><br>Defendants. | Case No. C 10-04119 JCS <br><br>Transferred from Central District Case No. CV10-1614 MMM (JCx) <br><br>**SECOND STIPULATION (NDCA) SETTING TIME TO RESPOND TO INITIAL COMPLAINT AND TO EXTEND TIME TO FILE RULE 26 (F) STATEMENT AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE** <br><br>[~~PROPOSED~~] **ORDER SUBMITTED SEPARATELY AS PDF ATTACHMENT TO THIS DOCUMENT** <br><br>**OLD INITIAL CONFERENCE DATE:** <br><br>**JANUARY 7, 2011; 1:30 P.M.** <br><br>**NEW INITIAL CONFERENCE DATE:** <br><br>**JANUARY 28, 2011; 1:30 P.M.** |

1

**SECOND STIPULATION (NDCA) RE TIME TO RESPOND TO COMPLAINT AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

WHEREAS, on September 7, 2010, the United States District Court for the Central District of California, the Honorable Margaret M. Morrow, granted the motion of Defendants Musical Kidz, LLC, For Future Generations, Inc., Music For Little People, and Leib Ostrow (the "Served Defendants") to transfer the venue of this action to the United States District Court for the Northern District of California; and

WHEREAS, on September 14, 2010, the Complaint in this action was listed as being filed in the United States District Court for the Northern District of California; and

WHEREAS, the Served Defendants, pursuant to stipulation, have not filed their responses to the Complaint after it was transferred; and

WHEREAS, Plaintiffs and the Served Defendants have agreed to a settlement in principle of all outstanding issues which is in the process of being documented by the parties and which will result in a dismissal of this entire action, and

WHEREAS, a settlement among these parties will resolve all issues in this matter as to all Defendants; and

WHEREAS, to facilitate the settlement process, Plaintiffs and the Served Defendants would like a brief extension of all deadlines so that they may concentrate on settlement instead of litigation.

NOW THEREFORE, the parties hereto, by and through their respective counsel of record hereby stipulate and agree as follows:

1. The Served Defendants time to plead in response to the initial complaint shall be extended so that the Served Defendants' responsive pleading will now be due on or before January 7, 2011.

2. The Scheduling Conference will be rescheduled from January 7, 2011 at 1:30 p.m. to January 28, 2011 at 1:30 p.m. and the Rule 26 (f) report will be filed on or before January 21, 2011.

**IT IS SO STIPULATED.**

**SECOND STIPULATION (NDCA) RE TIME TO RESPOND TO COMPLAINT AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

| | | |
|---|---|---|
| 1 | Dated: December 6, 2010 | LAW OFFICE OF REGINALD K. BROWN<br>Reginald K. Brown |
| 2 | | |
| 3 | _____<br>_____ | By:/s/ |
| 4 | | Reginald K. Brown<br>Attorneys for Plaintiffs Ysaye Barnwell, Aisha Kahill, Hitanju B. Cassel and Louise Robinson, collectively p/k/a/ "Sweet Honey In The Rock" |
| 5 | | |
| 6 | Dated: December 6, 2010 | FREUNDLICH LAW<br>Kenneth D. Freundlich |
| 7 | | |
| 8 | | *[signature]* |
| 9 | | By: |
| 10 | | |
| 11 | | Kenneth D. Freundlich<br>Attorneys for Defendants Musical Kidz, LLC itself and doing business as Music For Little People (which was erroneously sued as a dissolved California corp.), For Future Generations, Inc. and Leib Ostrow |

I received e-mail confirmation from Mr. Brown that I should affix the '/s/" to his signature line and I have done so.

By: *[signature]*

Kenneth D. Freundlich

Dated: December 8, 2010

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

---

3

**SECOND STIPULATION (NDCA) RE TIME TO RESPOND TO COMPLAINT AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**