1  Kenneth D. Freundlich (SBN119806)
   FREUNDLICH LAW
2  16133 Ventura Blvd. Suite 1270
   Encino, CA  91436
3  P: (310) 377-3790
   F: (310) 275-5351
4  E-Mail: ken@freundlichlaw.com

5  Attorneys for Plaintiffs
   Musical Kidz, LLC itself and doing business as Music For Little People (which was
6  erroneously sued as a dissolved California corp.), For Future Generations, Inc. and Leib
   Ostrow
7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YSAYE BARNWELL, an individual; AISHA KAHILL, an individual; CAROL MAILLARD, an individual; NITANJU B. CASSEL, an individual; and LOUISE ROBINSON, an individual, collectively p/k/a/ "SWEET HONEY IN THE ROCK", <br><br>Plaintiffs, <br><br>vs. <br><br>MUSICAL KIDZ, LLC, a California limited liability company; FOR FUTURE GENERATIONS, INC., a dissolved California corp.; MUSIC FOR LITTLE PEOPLE, a dissolved California corp,; TRUDY CORPORATION, a Connecticut Corp., and LEIB OSTROW, an individual; and DOES 1 through 50, inclusive, <br><br>Defendants. | Case No. C 10-04119 JCS <br><br>Transferred from Central District Case No. CV10-1614 MMM (JCx) <br><br>**[PROPOSED] ORDER:** <br><br>**EXTENDING TIME TO RESPOND TO COMPLAINT, FILE RULE 26 (F) STATEMENT AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE** |

1

**[PROPOSED] ORDER EXTENDING TIME AND RESCHEDULING CONFERENCE**

Based on the second stipulation (NDCA) dated December 6, 2010 and filed with this [Proposed] Order, by and between the respective counsel for Plaintiffs Ysaye Barnwell, Aisha Kahill, Carol Maillard; Nitanju B. Cassel; and Louise Robinson, collectively p/k/a/ "Sweet Honey In The Rock, and Defendants Musical Kidz, LLC, For Future Generations, Inc., Music For Little People, and Leib Ostrow (the "Served Defendants"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Scheduling Conference will be rescheduled from January 28, 2010 at 1:30 p.m. to February 25, 2011 at 1:30 p.m.;

2. The Rule 26 (f) report will be filed on or before February 18, 2011; and

3. The Served Defendants' responses to the Complaint will be due on or before February 18, 2011.

Dated: January _7_, 2011

_____
Judge, United States District Court

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*

2

**[PROPOSED] ORDER EXTENDING TIME AND RESCHEDULING CONFERENCE**