Kenneth D. Freundlich (SBN119806)
FREUNDLICH LAW
16133 Ventura Blvd. Suite 1270
Encino, CA 91436
P: (310) 377-3790
F: (310) 275-5351
E-Mail: ken@freundlichlaw.com

Attorneys for Plaintiffs
Musical Kidz, LLC itself and doing business as Music For Little People (which was erroneously sued as a dissolved California corp.), For Future Generations, Inc. and Leib Ostrow

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YSAYE BARNWELL, an individual; AISHA KAHILL, an individual; CAROL MAILLARD, an individual; NITANJU B. CASSEL, an individual; and LOUISE ROBINSON, an individual, collectively p/k/a/ "SWEET HONEY IN THE ROCK", <br><br> Plaintiffs, <br><br> vs. <br><br> MUSICAL KIDZ, LLC, a California limited liability company; FOR FUTURE GENERATIONS, INC., a dissolved California corp.; MUSIC FOR LITTLE PEOPLE, a dissolved California corp.,; TRUDY CORPORATION, a Connecticut Corp., and LEIB OSTROW, an individual; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. C 10-04119 JCS <br><br> Transferred from Central District Case No. CV10-1614 MMM (JCx) <br><br> [~~PROPOSED~~] ORDER RE: DISMISSAL WITH PREJUDICE <br><br> [STIPULATION OF DISMISSAL SUBMITTED CONCURRENTLY HEREWITH] <br><br> FRCP 41 (a)(1)(ii) |

---

1

[PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION

1     Based on the stipulation dated February 2, 2011 and filed with this [Proposed] Order, by and between the respective counsel for Plaintiffs, Attorneys for Plaintiffs Ysaye Barnwell, Aisha Kahlil, incorrectly named on the Complaint and all prior proceedings in this matter as Aisha Kahill, Carol Maillard, Nitanju B. Casel, incorrectly named on the Complaint and all prior proceedings in this matter as Nitanju B. Cassel, Louise Robinson, individuals currently collectively p/k/a Sweet Honey in the Rock, on the one hand, and Defendants, Musical Kidz, LLC itself and doing business as Music For Little People (which was erroneously sued as a dissolved California corp.), For Future Generations, Inc. and Leib Ostrow, on the other hand, who are the only served defendants in this matter,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

    The above-entitled action be and hereby is dismissed with prejudice, as to all Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own costs and attorneys fees.

Dated: March _3_, 2011

_____
Judge, United States District Court

*[Signature: Judge Joseph C. Spero]*
*[Seal: United States District Court, Northern District of California]*

2

**[PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**